

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00170-CV

| | | |
|---|---|---|
| In the Estate of Maurice Boylan, Deceased | § | From County Court at Law No. 1 |
| | § | of Wichita County (27,159-E) |
| | § | February 12, 2015 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to include Cooper Boylan's individual liability for the bequests, pre- and postjudgment interest, and fees and expenses awarded. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel